**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1164**

BRICIA ROSLYN PINI,

Plaintiff - Appellant,

v.

WORKERS COMPENSATION OF THE COMMONWEALTH OF VIRGINIA; STAYBRIGHT ELECTRIC OF COLORADO, INC.; OLD REPUBLIC INSURANCE COMPANY; BASSETT GALLAGHER SERVICES; VANDEVERTER BLACK LLP; DR. DHRUV BIPIN PATEDER,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:17-cv-01478-LMB-MSN)

Submitted: June 21, 2018                    Decided: June 25, 2018

Before DIAZ and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Bricia Roslyn Pini, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bricia Roslyn Pini appeals from the district court's order dismissing her civil complaint without prejudice for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Pini v. Workers Comp.*, No. 1:17-cv-01478-LMB-MSN (E.D. Va. Jan. 16, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
